| | |
|---|---|
| **From:** | ECF Internet |
| **Sent:** | Tuesday, June 6, 2023 1:23 PM |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |

CASE: 2:23-cv-00142

DETAILS: Case transferred from Washington Western has been opened in Western District of Missouri as case 4:23-cv-00379, filed 06/06/2023.